

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer Lynn Rodgers | **Civil Action No.** 16cv2614-MMA(MDD) |
| **Plaintiff,** | |
| **V.** | |
| Stater Bros. Markets | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that there is no genuine dispute as to any material fact and that Defendant is entitled to judgment as a matter of law. As such, the Court grants Defendant's motion for summary judgment. This order disposes of all claims.

**Date:** _____5/1/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ R. Chapman
R. Chapman, Deputy